PROB 12C
(6/16)

Report Date: July 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Trevor Jay McLaughlin    Case Number: 0980 2:18CR00143-WFN-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 31, 2019

Original Offense: Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Original Sentence: Prison - 84 Months;    Type of Supervision: Supervised Release
TSR - 48 Months

Asst. U.S. Attorney: Patrick J. Cashman    Date Supervision Commenced: April 7, 2023

Defense Attorney: Amy H. Rubin    Date Supervision Expires: April 6, 2027

## PETITIONING THE COURT

**To issue a WARRANT.**

On April 7, 2023, Mr. Trevor McLaughlin signed his conditions relative to case number 2:18CR00143-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Trevor McLaughlin is alleged to have violated mandatory condition number 3, by ingesting methamphetamine on a daily basis between July 6 and 10, 2023, by ingesting fentanyl on a daily basis between July 9 and 11, 2023, and by ingesting marijuana on or about July 11, 2023, based on both urinalysis testing and the client's admission of such use.

Specifically, on July 11, 2023, upon arriving in the office from scheduled leave, the undersigned officer observed multiple text messages from the client indicating he was "going through it" and requesting that he be able to come in and speak with the undersigned officer.

Prob12C
Re: McLaughlin, Trevor Jay
July 18, 2023
Page 2

Arrangements were made with the client to report to the U.S. Probation Office on July 12, 2023. On July 12, 2023, Mr. McLaughlin reported as directed and indicated that his sister had unexpectedly passed away last week. Mr. McLaughlin indicated that in response, and in an attempt to cope with the loss, he subsequently relapsed on methamphetamine, initially occurring on or about July 6, 2023, and he then used the substance on a daily basis through on or about July 10, 2023. Additionally, Mr. McLaughlin, who is currently prescribed Suboxone, indicated that he had also lost his supply of medication around the same time frame and was informed by the provider that the lost medication would not be replaced. Mr. McLaughlin indicated his belief that the medication had actually been stolen from him. Mr. McLaughlin described that his subsequent detox from the medication had been extremely difficult on him and as a result, he sought out fentanyl. Mr. McLaughlin admitted having previously ingested the substance on a daily basis beginning on or about July 9 through 11, 2023. Mr. McLaughlin indicated that upon initially ingesting the substance, several of the parties with him had to administer Narcan to revive him after he fell unconscious. Mr. McLaughlin also admitted to using marijuana the prior night (July 11, 2023) due to an inability to sleep.

Despite multiple afforded opportunities, Mr. McLaughlin was unable to submit to urinalysis testing as directed on the day in question. During discussion, Mr. McLaughlin indicated his willingness and desire to become enrolled in detox services, and as a result, he was provided both a referral and contact information for the Spokane Regional Stabilization Center. Mr. McLaughlin was directed to report back to the U.S. Probation Office the following day for urinalysis testing.

On July 13, 2023, Mr. McLaughlin again reported as directed and was able to submit to urinalysis testing, the result of which proved presumptive positive for fentanyl, methamphetamine and marijuana, consistent with the client's admission. The sample also tested presumptive positive for Suboxone. Mr. McLaughlin indicated that he had found the drug to purchase on the street and had subsequently ingested it in an attempt to mitigate his detox from the medication.

Unfortunately, despite attempts to assist Mr. McLaughlin in securing detox placement, as of the date of this report, he has proven unable or unwilling to submit to services as discussed. As a result, and in an effort to ensure Mr. McLaughlin's safety, a warrant is now requested.

The U.S. Probation Office respectfully recommends the Court **issue a <u>WARRANT</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | July 18, 2023 |
|---|---|
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
Re: McLaughlin, Trevor Jay
July 18, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

7/18/2023
_____
Date