PROB 12C
(6/16)

Report Date: July 28, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Trevor Jay McLaughlin            Case Number: 0980 2:18CR00143-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, WA 99204

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 31, 2019

Original Offense: Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Original Sentence: Prison - 84 Months;           Type of Supervision: Supervised Release
                  TSR - 48 Months

Asst. U.S. Attorney: Patrick J. Cashman            Date Supervision Commenced: April 7, 2023

Defense Attorney: Federal Public Defender          Date Supervision Expires: April 6, 2027

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/18/2023.

On April 7, 2023, Mr. Trevor McLaughlin signed his conditions relative to case number 2:18CR00143-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Trevor McLaughlin is alleged to have violated mandatory condition number 3 by ingesting fentanyl, methamphetamine and marijuana, previously occurring on or about July 17, 2023, based on both urinalysis testing and the client's admission of such use.

Specifically, on July 17, 2023, Mr. McLaughlin reported to the U.S. Probation Office for the purpose of urinalysis testing, as previously directed by the undersigned officer. Unfortunately, despite having the entire day to report, Mr. McLaughlin chose to report at approximately 4:50 p.m., just prior to office closure. Mr. McLaughlin subsequently provided a urinalysis sample for testing that proved presumptive positive for fentanyl,

Prob12C
Re: McLaughlin, Trevor Jay
July 28, 2023
Page 2

methamphetamine, and marijuana. Mr. McLaughlin indicated having last relapsed on July 14, 2023, further stating to the testing officer that the undersigned officer was aware of his relapse on that date. At no time had the client previously made such an admission to the undersigned officer. The urinalysis sample submitted was packaged and forwarded to the lab for verification.

On July 23 and 25, 2023, lab reports were received from the contract laboratory, which confirmed the presence of fentanyl, methamphetamine, and marijuana being present in the client's urinalysis sample previously submitted on July 17, 2023. It should also be noted that the client had previously admitted to most recently ingesting methamphetamine on or about July 10, 2023, and to most recently ingesting fentanyl and marijuana occurring on or about July 11, 2023, as previously outlined in the petition dated July 18, 2023. Current testing results would appear inconsistent with these previous admissions, and would therefore appear to substantiate new use, as admitted by the client.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 28, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/28/2023
Date