PROB 12C
(6/16)

Report Date: February 12, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Trevor Jay McLaughlin | Case Number: 0980 2:18CR00143-WFN-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 31, 2019

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 84 Months; TSR - 48 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (November 14, 2023) | Prison - 4 Months; TSR - 36 Months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: February 6, 2024 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: February 5, 2027 |

## PETITIONING THE COURT

To issue a **WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |
| 2 | **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: Mr. Trevor McLaughlin is alleged to have violated standard condition number 1 and special condition number 2 by failing to report to the residential reentry center (RRC) for approved public law placement as required on February 6, 2024, and by subsequently failing to report to the U.S. Probation Office in Spokane, as required within 72 hours or his release from imprisonment, which occurred on February 6, 2024. |

Prob12C
Re: McLaughlin, Trevor Jay
February 12, 2024
Page 2

Specifically, on February 2, 2024, Mr. McLaughlin's assigned Bureau of Prisons case manager at Federal Detention Center (FDC) SeaTac was contacted telephonically by the undersigned officer to discuss the client's impending release from his then term of confinement, previously set to occur on February 6, 2024. During dialogue with the party, the case manager advised as to both his and Mr. McLaughlin's awareness of Mr. McLaughlin's scheduled (RRC) public law placement, set to occur on the date of his release, February 6, 2024, and his requirement to report there following release. The case manager further provided a copy of the client's standing travel itinerary, which reflected him releasing from FDC SeaTac on February 6, 2024, at 10 a.m. The itinerary further reflected him arriving in Spokane, via bus, at 4:40 p.m. on the day in question, following which the case manager advised that Mr. McLaughlin would be provided funding to then take a local bus to the Spokane RRC. The case manager advised that Mr. McLaughlin had been provided specific instructions to report immediately to the Spokane RRC upon his arrival in Spokane.

On February 7, 2024, the undersigned officer received notification from Spokane RRC staff that Mr. McLaughlin failed to arrive for public law placement on February 6, 2024, as required. Mr. McLaughlin has since failed to report to or contact the U.S. Probation Office in Spokane, in any capacity, and his current whereabouts are unknown. Bureau of Prisons records reflect that Mr. McLaughlin did in fact release from custody on February 6, 2024, as originally slated.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 12, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

February 12, 2024
Date